

## OFFICE OF THE ATTORNEY GENERAL OF TEXAS

### AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Hon. L. P. Hoard
County Auditor
Belton, Texas

Dear Sir:

Opinion No. C-1344
Re: Can a will which is filed
for probate be removed from
the office of the County
Clerk?

Your letter of August 26, 1939, asking whether it is lawful to remove a will from the office of the County Clerk, after same has been duly admitted to probate, is received.

Article 3329, Revised Statutes, provides:

"A written will shall be filed with the application for the probate thereof, and shall remain in the office of the Clerk unless removed therefrom by order of the County or District Court."

Under the plain provisions of the above statute, after a will is filed, it cannot be removed from the office of the County Clerk except by the order of either the County or the District Court.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By

George W. Barcus
Assistant

GWB:pbpAPPROVEDAUG 31, 1939

ATTORNEY GENERAL OF TEXAS


APPROVED
OPINION
COMMITTEE
BY
CHAIRMAN

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT